**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**THOMAS SANTONIA,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No: 2:23-cv-00308
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John T. Copenhaver, Jr.

**CORRECTIONAL OFFICER DALLAS
RAMSEY, CORRECTIONAL OFFICER
JOHNNY WILSON, CORRECTIONAL
OFFICER MICHAEL PETROSKY and
JOHN/JANE DOES,**

    **Defendants.**

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST
DEFENDANTS CORRECTIONAL OFFICER DALLAS RAMSEY,
CORRECTIONAL OFFICER JOHNNY WILSON and
<u>CORRECTIONAL OFFICER MICHAEL PETROSKY</u>**

    NOW COMES Plaintiff Thomas Santonia, by and through counsel, Paul M. Stroebel and the law firm of Stroebel and Stroebel PLLC, and Defendants Correctional Officer Dallas Ramsey, Correctional Officer Johnny Wilson and Correctional Officer Michael Petrosky, by and through counsel, William E. Murray, Celeste E. Webb and the law firm of Bailey & Wyant, PLLC, and announces to the Court pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure* that Plaintiff has agreed to voluntarily dismiss, with prejudice, his claims against the Defendants. Therefore, the parties jointly move that this civil action be dismissed with prejudice against Defendants Correctional Officer Dallas Ramsey, Correctional Officer Johnny Wilson and Correctional Officer Michael Petrosky.

    There appearing no objection to the entry of this stipulation, it is accordingly **ORDERED** and **ADJUDGED** that this civil action be dismissed **WITH PREJUDICE** as to

Defendants Correctional Officer Dallas Ramsey, Correctional Officer Johnny Wilson and Correctional Officer Michael Petrosky.

Entered this   **1st**   day of   **July**   2024.

John T. Copenhaver, Jr.
Senior United States District Judge

**Presented by:**

*s/ William E. Murray*
William E. Murray, Esq. (WVSB # 2693)
Celeste E. Webb, Esq. (WVSB # 10624)
BAILEY & WYANT, PLLC
500 Virginia Street East, Suite 600
Charleston, West Virginia 25301
*Counsel for Defendants*

*/s/ Paul M. Stroebel*
Paul M. Stroebel (WVSB #5758)
Stroebel & Stroebel, PLLC
405 Capitol Street, Suite 102
P.O. Box 2582
Charleston, WV 25329
*Counsel for Plaintiff*

2